IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF OHIO
WESTERN DIVISION

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | : | Case No. 3:21cr144 |
| Plaintiff, | : | JUDGE WALTER H. RICE |
| vs. | : | |
| DALIN ALLEN | : | |
| Defendant. | : | |

## PRELIMINARY PRETRIAL ORDER; TRIAL DATE AND OTHER DATES SET

| | |
|---|---|
| Date of Scheduling Conference | 11/15/2021 |
| Jury Trial Date | 1/10/2022 |
| Final Pretrial Conference (by telephone) | Tuesday, 1/4/2022 at 5:00 pm |
| Motion Filing Deadline | |
|    Oral and Evidentiary Motions | 12/13/2021 |
|    Other Motions | 12/20/2021 |
| Discovery Cut-off | 12/27/2021 |
| Speedy Trial Deadline | 1/19/2022 |
| Discovery out – Plaintiff to Defendant | has been furnished in part; remainder by close of business Thursday, 11/18/2021 |

November 16, 2021

_____
WALTER H. RICE
UNITED STATES DISTRICT JUDGE